**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

DOMINIC DECARLO,

                     Petitioner,

v.                                             Case No. 3:21-cv-11370

GEORGE STEPHENSON,

                     Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying the Petition for Habeas Corpus and Declining to Issue a Certificate of Appealability," dated June 1, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent George Stephenson and against Petitioner Dominic DeCarlo. Dated at Detroit, Michigan, this 1st day of June, 2022.

                                       KINIKIA ESSIX
                                       CLERK OF THE COURT

                                       s/Lisa Wagner
                            By:  Lisa Wagner, Case Manager
                              to Judge Robert H. Cleland

S:\Cleland\Cleland\CHD\2254\21-11370.DECARLO.2254.judgment.bb.chd.docx